MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court FOR THE | District OF ARIZONA - TUCSON |
|---|---|
| Name (under which you were convicted): Christopher W. Blanch | Docket or Case No.: CR-15-01190 |
| Place of Confinement: USP-Tucson, Arizona | Prisoner No.: 43991-408 |
| UNITED STATES OF AMERICA    V. | Movant (include name under which convicted) Christopher W. Blanch |

LODGED COPY
RECEIVED
AUG 2 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court, District of Arizona, Tucson Division

   (b) Criminal docket or case number (if you know): CR-15-01190-TUC-RCC (BGM)

2. (a) Date of the judgment of conviction (if you know): N/A

   (b) Date of sentencing: November 29th, 2017

3. Length of sentence: 15 Months

4. Nature of crime (all counts):
   Transportation of Aliens for Profit
   18 USC §1334(A)(1)(A)(II) & (A)(1)(B)(I).

5. (a) What was your plea? (Check one)
   (1) Not guilty [ ]        (2) Guilty [X]        (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? N/A

6. If you went to trial, what kind of trial did you have? (Check one)  N/A   Jury [ ]   Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [X]

8. Did you appeal from the judgment of conviction?   Yes [ ]   No [X]

AO 243 (Rev. 01/15)                                                                                                                    Page 3

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): N/A
       (2) Result: N/A
       (3) Date of result (if you know): N/A
       (4) Citation to the case (if you know): N/A
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A
        (4) Nature of the proceeding: N/A
        (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐   No ☒

    (7) Result:   N/A

    (8) Date of result (if you know):   N/A

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:   N/A

    (2) Docket of case number (if you know):   N/A

    (3) Date of filing (if you know):   N/A

    (4) Nature of the proceeding:   N/A

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐   No ☒

    (7) Result:   N/A

    (8) Date of result (if you know):   N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:   Yes ☐  No ☐  N/A

    (2) Second petition:   Yes ☐  No ☐  N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

    Not ripe yet for appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                              Page 5

**GROUND ONE:** Petitioners sentence is constitutionally invalid and imposed without jurisdiction.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The District Court made an error of law by relying on a mistaken understanding in believing that the Federal Bureau of Prisons [BOP] would place Blanch in a medical facility that could continue vital medical treatment and care.

Because BOP cannot meet those standards - to Blanch's medical detriment - Blanch seeks re-sentencing as due process did not provide jurisdiction to apply the current sentence.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Not ripe for appeal at that time.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☐   N/A

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:         N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):         N/A

Date of the court's decision:         N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☐   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
  Yes ☐   No ☐   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground one has never been previously raised in Federal Court. This is Blanch's first 28:2255 motion. The issue was not ripe before now.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes [X]    No [ ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. U.S. District Court - Tucson. Rule 32, Compassionate Release/Reduction of Sentence, stayed pending Administrative resolution, of Compassionate Release. The instant motion supersedes with its own authority.

AO 243 (Rev. 01/15)                                                                                                           Page 7

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    Mike Brown, 222 N. Court Ave. Tucson, AZ 85701

    (b) At the arraignment and plea:

    Same

    (c) At the trial:

    N/A

    (d) At sentencing:

    Same

    (e) On appeal:

    N/A

    (f) In any post-conviction proceeding:

    Same/3582

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    N/A

    (b) Give the date the other sentence was imposed:  N/A

    (c) Give the length of the other sentence:  N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    Judgment/Sentence was issued November 29, 2017. (Timely)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                            Page 9

Therefore, movant asks that the Court grant the following relief:

<u>Petitioner requests resentencing to home confinement.</u>
or any other relief to which movant may be entitled.

                                           *Pro Se*
                                          Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on   *Aug 18 2018*   .
                                                                                  (month, date, year)

Executed (signed) on   *Aug 18 2018*   (date)

                                           Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.